HERMAN GLASER, Respondent, *v.* LENA T. HUETTE, Appellant, Impleaded with Another.

(Argued June 2, 1931; decided June 16, 1931.)

*Theodore H. Lord, James B. Henney* and *Paul D. Carrigg* for appellant.

*John J. McGinty* and *Joseph C. Thomson* for respondent.

Order affirmed, with costs; question certified answered in the negative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.